JS6

FILED
CLERK, U.S. DISTRICT COURT

NOV 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEWIS D. PETERSON, | ) | CASE NO. CV 10-306-R |
| Plaintiff, | ) ) | |
| | ) | **JUDGMENT** |
| vs. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY; JASON ZATT; DOES 1 through 20, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

This action came on for hearing before the Court on October 18, 2010, on Defendants' Motion for Summary Judgment.

The evidence presented has been fully considered, the issues have been duly heard and a decision has been duly rendered.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1  IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary
2  Judgment is hereby GRANTED in its entirety and judgment is hereby entered in favor of Jason
3  Zatt and Union Pacific Railroad as against Plaintiff Lewis Peterson.
4  Dated: November 18, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE